# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00336-CV

### M. J. M., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
### NO. C2017-2202C, THE HONORABLE RANDALL C. GRAY, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

This prematurely filed appeal was perfected by appellant M. J. M. on July 1, 2019, when the district court judge signed the modified final order in suit affecting the parent-child relationship and order of termination. The appellate record was complete July 11, 2019, making appellant's brief due July 31, 2019. On July 31, 2019, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief

no later than August 20, 2019.  If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on August 6, 2019.


Before Chief Justice Rose, Justices Triana and Smith